**TOM PETRUS & MILLER LLLC**

RICHARD B. MILLER                3729-0
Tel (808) 792-5855
rmiller@tpm-hawaii.com
ASHLEY R. SHIBUYA                10200-0
AShibuya@tpm-hawaii.com
Tel (808) 792-5804
Finance Factors Center, Suite 650
1164 Bishop Street
Honolulu, Hawaii 96813
Facsimile: (808) 792-5809

**DAVID R. HARADA-STONE, AAL**

DAVID R. HARADA-STONE            6229-0
Tel: (808) 990-2915
dharadastone@me.com
P.O. Box 6702
Kamuela, Hawai'i 96743

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| FRANCISCO DELAROSA and SARAH LINDSEY YEAGER,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INS. CO.,<br><br>Defendant. | CIVIL NO. _____<br>(Declaratory Judgment)<br><br>DEFENDANT LIBERTY SURPLUS INSURANCE CORPORATION'S NOTICE OF REMOVAL; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br>No trial date set. |

# DEFENDANT LIBERTY SURPLUS INSURANCE CORPORATION'S NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII:

1. Defendant LIBERTY SURPLUS INSURANCE CORPORATION (hereinafter, "LSIC"), sued erroneously herein as LIBERTY MUTUAL INS. CO., is and was at all times relevant hereto, including without limitation April 25, 2023 – the date on which Plaintiffs FRANCISCO DELAROSA and SARAH LINDSEY YEAGER ("Plaintiffs") filed their Complaint in *Francisco Delarosa, et al. v. Liberty Mutual Ins. Co.*, Civil No. 1CCV-23-0000532 (the "Complaint") in the Circuit Court of the First Circuit, State of Hawai'i – a corporation duly organized and existing under the laws of the State of Massachusetts, with its principal place of business in Boston, Massachusetts.

2. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

3. Upon information and belief, Plaintiffs are and were, at all times relevant hereto, including the date on which he filed the Complaint, residents of the City and County of Honolulu and citizens of the State of Hawai'i and the United States of America.

4. There is complete diversity of citizenship between the parties.

5. Plaintiffs seek a declaratory judgment establishing that the liability limit under a certain insurance policy covering a motor vehicle accident in which they were injured is $750,000. LSIC disputes this contention.

6. As of the filing of this Notice of Removal, Plaintiffs have not yet served LSIC.

7. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332 (diversity of citizenship), as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

8. This notice of removal is made pursuant to 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Defendant LSIC prays that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawaiʻi, to the United States District Court for the District of Hawaii.

DATED:   Honolulu, Hawaii,   June 26, 2023          .

/s/Richard B. Miller
RICHARD B. MILLER
ASHLEY R. SHIBUYA
DAVID R. HARADA-STONE
Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION